IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNGENTA SEEDS, INC., | ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 04-908-SLR |
| v. | ) ) | |
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SUBPOENA

Please take notice that Plaintiff Syngenta Seeds, Inc., has served the attached subpoenas.

　　　　　　　　　　　　　　　　　　　　／s／ John W. Shaw
　　　　　　　　　　　　　　　　　　　　John W. Shaw (No. 3362)
　　　　　　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
　　　　　　　　　　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19801
　　　　　　　　　　　　　　　　　　　　(302) 571-6600
　　　　　　　　　　　　　　　　　　　　Email:  jshaw@ycst.com

Dated:  September 26, 2005

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on September 26, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that on September 26, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

>**BY FEDERAL EXPRESS**
>
>Peter E. Moll, Esquire
>Howrey Simon Arnold & White, LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C. 20004
>
>Susan Knoll, Esquire
>Howrey Simon Arnold & White, LLP
>1111 Louisiana, 25th Floor
>Houston, TX 77002-5242
>
>Kenneth A. Letzler, Esquire
>Arnold & Porter LLP
>555 12th Street, N.W.
>Washington, D.C. 20004

_____
John W. Shaw (#3362)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com