IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al,* | ) | |
| | ) | |
| | ) | C.A. No. 04-305-SLR |
| Plaintiffs, | ) | C.A. No. 04-908-SLR |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| SYNGENTA SEEDS, INC., *et al,* | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiffs Monsanto Company et al. and Defendants Syngenta Seed, Inc., et al., by and through their undersigned counsel, hereby jointly stipulate, subject to the terms of a confidential written agreement between the parties, to the dismissal of the parties' respective claims and counterclaims with prejudice.   Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,


POTTER ANDERSON & CORROON LLP

    */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000


YOUNG CONAWAY STARGATT &
TAYLOR, LLP

    */s/ John W. Shaw*
John W. Shaw (No. 3362)
Michele Sherretta Budicak (No. 4651)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600


SO ORDERED:


_____
Judge Sue L. Robinson


_____
Date